UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RALPH D. TUCKER,

Plaintiff,

Case No. 2:26-cv-12466
Honorable Linda V. Parker

v.

VINDHYA JAYAWARDENA, et al.,

Defendants.
_________________________________/

**OPINION AND ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE**

Plaintiff Ralph D. Tucker, a state prisoner in the custody of the Michigan Department of Corrections, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1.) He has also filed a motion for suspension of fees and costs and an affidavit of indigence. (ECF No. 2.) Under 28 U.S.C. § 1915(a)(2), a prisoner seeking leave to proceed in forma pauperis must submit a certified copy of the trust account statement for the six-month period immediately preceding the filing of the complaint. Because Tucker did not do so, the Court ordered him to file the trust account statement or to pay the filing fee within thirty days and cautioned that failure to comply would result in dismissal of the case without prejudice. (ECF No. 5.)

The time for submitting the filing fee or the trust account statement has passed. Tucker has neither paid the filing fee, submitted the missing in forma pauperis documentation, nor requested additional time to comply with the Court's order.

Federal Rule of Civil Procedure 41(b) gives the district court power to dismiss a complaint where "the plaintiff fails to prosecute or to comply with [the Federal Rules] or a court order." Fed. R. Civ. P. 41(b). This rule provides the Court a tool to effectively manage its docket. *Knoll v. Am. Tel. & Tel. Co.*, 176 F.3d 359, 362-63 (6th Cir. 1999). Tucker did not comply with the deficiency order despite ample time and notice that noncompliance would result in dismissal. Therefore, the Court is dismissing the case without prejudice. *See May v. Pike Lake State Park*, 8 F. App'x 507, 508 (6th Cir. 2001) (affirming dismissal of case for lack of prosecution where pro se litigant failed to comply with "readily comprehended" order).

Accordingly,

**IT IS ORDERED** that Tucker's Complaint is **DISMISSED WITHOUT PREJUDICE**. Tucker may file a new complaint under a new case number provided he pays the applicable fees or files the necessary documentation to proceed without prepayment of fees. Further, the Court concludes that an appeal

of this decision cannot be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); *Coppedge v. United States*, 369 U.S. 438, 445 (1962).

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: September 23, 2026

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, September 23, 2026, by electronic and/or U.S. First Class mail.

s/R. Thieme
Case Manager